993 F.2d 224
 Morrison (Carol A., M.D.)
v.
Associates in Internal Medicine, Schaub (David H., M.D.),
Gray (Samuel, III, M.D.), Heidenreich (Fred P., M.D.),
Hellman (J. Daniel, M.D.), Malloy (Edward L., M.D.),
Allegheny Valley Health System Corporation, Allegheny Valley
Hospital, England (John R.), St. Paul Insurance Companies,
Altany Insurance Agency, Meyer & Eckenrode Insurance Group,
Smith (Peter A.), Pennsylvania Bar Association, Lamoreaux (Louise)
 NO. 92-3712
 United States Court of Appeals,
Third Circuit.
 Mar 26, 1993
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.